UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ,

*Individually, and On Behalf of All Others Similarly Situated,*

          Plaintiff,

-against-

WEIDER GLOBAL NUTRITION LLC,

          Defendants.

21-CV-10050 (PGG) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2022

**BARBARA MOSES, United States Magistrate Judge.**

    The initial case management conference scheduled for **April 19, 2022** at **10:00 a.m.** (*see* Dkt. No. 14) will be held telephonically, on the same date and at the same time. A few minutes before the time of the conference, the parties are to dial **(888) 557-8511** and enter the access code: **7746387.**

Dated: New York, New York
       April 13, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**